**Gregory L. Spallas – SBN 129306**
**Kristin L. Oliveira – SBN 204384**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Telephone: (415) 278-9400
Facsimile:  (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.

**Fernando Tafoya, Esq. – SBN 146893**
TAFOYA & ASSOCIATES
1044 N. Van Ness Avenue
Fresno, CA 93728
Telephone: (559) 237-0200
Facsimile:  (559) 4886-3216

Attorneys for Plaintiff
CYNDIKAY MARTINEZ PERALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDIKAY MARTINEZ PERALES,<br><br>             Plaintiff,<br><br>     vs.<br><br>WAL-MART STORES, INC., AND DOES 1-100,<br><br>             Defendants. | Case No. 1:05-CV-01462 AWI DLB<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREUPON** |

**TO THE COURT**:    IT IS HEREBY STIPULATED by and between plaintiff CYNDIKAY MARTINEZ PERALES and defendant WAL-MART STORES, INC., by and through their respective counsel of record, that the above-captioned action be and hereby is dismissed with

-1-

JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREUPON
*Cyndikay Martinez Perales v. Wal-Mart Stores, Inc.*          *Case No.1:05-CV-01462-REC-DLB*

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as the parties have reached an informal resolution.

Dated: _____    By: _____/s/
                                        Fernando Tafoya
                                        Attorney for Plaintiff
                                        CYNDIKAY MARTINEZ PERALES

Dated: _____    By: _____/s/
                                        Kristin L. Oliveira
                                        PHILLIPS, SPALLAS & ANGSTADT LLP
                                        Attorneys for Defendant
                                        WAL-MART STORES, INC.

## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

-2-

JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREUPON
*Cyndikay Martinez Perales v. Wal-Mart Stores, Inc.*          Case No.1:05-CV-01462-REC-DLB

1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  <u>See</u> Fed. R. Civ. Pro. 41(a)(1)(ii); <u>In re Wolf</u>, 842 F.2d at 466; <u>Gardiner</u>, 747 F.2d at 1189; <u>see also</u> <u>Gambale</u>, 377 F.3d at 139; <u>Commercial Space Mgmt</u>, 193 F.3d at 1077; <u>cf.</u> <u>Wilson</u>, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

<u>IT IS SO ORDERED.</u>

**Dated:     June 23, 2006**             /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE

-3-

JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREUPON
*Cyndikay Martinez Perales v. Wal-Mart Stores, Inc.*       Case No.1:05-CV-01462-REC-DLB